**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-5299-18

BERNARD ROSENBLATT,

    Plaintiff-Appellant,

v.

STEVEN BREITMAN,

    Defendant-Respondent.

_____

> Submitted January 21, 2021 – Decided February 11, 2021
>
> Before Judges Alvarez and Mitterhoff.
>
> On appeal from the Superior Court of New Jersey, Law Division, Monmouth County, Docket No. L-1526-17.
>
> Paul V. Fernicola & Associates, LLC, attorneys for appellant (Paul V. Fernicola, of counsel; Robert E. Moore, on the briefs).
>
> Lowenstein Sandler LLP, and Laurence J. Bravman, attorneys for respondent (David W. Field and Laurence J. Bravman, on the brief).

PER CURIAM

We have been advised that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal.  Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-5299-18